In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-111 CV


____________________



STEVEN DEEM, Appellant



V.



TDCJ, ET AL., Appellees






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-174376 






MEMORANDUM OPINION



 Steven Deem sued the Texas Department of Criminal Justice; the Department's
director, Janie Cockrell; the warden of the Mark Stiles Unit, Dirk Lorimier; and a kitchen
captain, Officer Davis. Deem's pleadings allege the defendants violated his civil rights by
failing to provide adequate nutrition. The trial court dismissed the case for want of
prosecution after the case was on file for more than eighteen months without final
disposition. The appellant perfected appeal but failed to file a brief. On September 7, 2007,
we notified the parties that the appeal would be advanced without oral argument. See Tex.
R. App. P. 39.9. In the absence of a brief assigning error, we dismiss the appeal for want of
prosecution. Tex. R. App. P. 38.8(a)(1).

 APPEAL DISMISSED.




 _____________________________

 STEVE McKEITHEN

 Chief Justice



Submitted on September 28, 2007

Opinion Delivered October 11, 2007


Before McKeithen, C.J., Gaultney and Kreger, JJ.